|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 20-7456-JFW(SKx)**                                                                 Date:  November 15, 2021

Title:        Marisa Graef -v- Fedex Ground Package System, Inc., et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                                      None Present
   Courtroom Deputy                                                 Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

   Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on September 17, 2020, the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by November 4, 2021.  The parties have violated the Court's Order by failing to file any of the required Pre-Trial Documents.

   As a result of the parties' violation of the Court's Order, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Pretrial Conference scheduled for November 19, 2021, the Trial scheduled for December 14, 2021, and any other dates calendared in this matter are hereby **VACATED**.


   IT IS SO ORDERED.